# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

May 5, 2008

## SCHEDULING ORDER
06CV12903(CLB)(LMS)
07CV8675  (CLB)(LMS)
07CV3232  (CLB)(LMS)

Anthony Curtis
202 Main Street
Poughkeepsie, NY 12601

Michael Delikat
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

The matter of    **CURTIS-V-STATE FARM**    has been    **re- scheduled**

for *conference* before the Hon. Lisa Margaret Smith, United States Magistrate Judge,

from    6/10/08    to    *June 11, 2008 at 10:45AM*

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY**
*Any party seeking a reschedule shall telephone chambers with all other parties on the line*

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                     May 5, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
06CV12903(CLB)(LMS)
07CV8675  (CLB)(LMS)
07CV3232  (CLB)(LMS)

Anthony Curtis
202 Main Street
Poughkeepsie, NY 12601

Michael Delikat
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

  The matter of  **CURTIS-V-STATE FARM**  has been  **re- scheduled**

for *conference* before the Hon. Lisa Margaret Smith, United States Magistrate Judge,

from 6/10/08  to  ***June 11, 2008 at 10:45AM***

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY**
*Any party seeking a reschedule shall telephone chambers with all other parties on the line*

SO ORDERED: _____
            Hon. Lisa Margaret Smith
            U.S.M.J.

## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

May 5, 2008

## SCHEDULING ORDER
06CV12903(CLB)(LMS)
07CV8675  (CLB)(LMS)
07CV3232  (CLB)(LMS)

Anthony Curtis
202 Main Street
Poughkeepsie, NY 12601

Michael Delikat
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

The matter of    **CURTIS-V-STATE FARM**    has been   **re- scheduled**

for *conference*  before the Hon. Lisa Margaret Smith, United States Magistrate Judge,

from   6/10/08     to    *June 11, 2008 at 10:45AM*

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY**
*Any party seeking a reschedule shall telephone chambers with all other parties on the line*

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.