UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY CURTIS,

           Plaintiff,

-v.-

STATE FARM INSURANCE CO.,

           Defendant.

06 CV 12903; 07 CV 3232; 07 CV 8675
(CLB) (LMS)

**ORDER**

      Upon the application of Defendant State Farm Mutual Automobile Insurance Co. ("Defendant") for an order directing the Social Security Administration to produce documents establishing the timing and amount of all disability benefits paid to Anthony Curtis (Social Security No. 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), as well as all documentation regarding determinations as to the scope and extent of disability attributed to Mr. Curtis, it is hereby

      **ORDERED**, that the Social Security Administration produce within two (2) weeks of the date of filing of this Order:

      (i)    documents and records establishing the timing and amount of all disability benefits paid to Mr. Curtis for the period January 2000 through present; and

      (ii)    documents and records concerning the scope and extent of disability attributed to Mr. Curtis;

      **ORDERED**, that the Social Security Administration direct the aforementioned documents and records to the following address for inspection by the Court *in camera*:

      Honorable Lisa Margaret Smith
      United States Magistrate Judge
      United States District Court
      300 Quarropas St., Room 428
      White Plains, New York 10601

- 2 -

**ORDERED**, that the Defendant serve a copy of this Order upon the Social Security Administration promptly upon its filing.

Dated: June 17, 2008
   White Plains, New York

**SO ORDERED**

_____
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York