**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



---------------------------------------X
CURTIS

                                        NOTICE OF REASSIGNMENT

       -V-
                                        7:07 CV 8675 (KMK)(LMS)

STATE FARM INSURANCE

---------------------------------------X

    Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

        JUDGE: KENNETH M. KARAS

    All future documents submitted in this action shall bear the assigned judge's initials after the case number.

    The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

                                   J. Michael McMahon, CLERK
Dated: 08/27/2008
                             by: _____
                                      Deputy Clerk


CC:  Attorneys of Record

CASE REDESIGNATED TO: LISA M. SMITH


i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

                                        Revised: September 9, 2004